UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:26-MJ-01912-BM

| | |
|---|---|
| UNITED STATES OF AMERICA | MOTION TO CONTINUE |
| v. | DETENTION AND PRELIMINARY |
| | HEARINGS |
| CHRISTOPHER K. CARNES | |

Now comes the defendant, Christopher K. Carnes, by and through undersigned counsel, and moves this Honorable Court to continue his detention and preliminary hearings to July 21, 2026 or a later date deemed appropriate by the Court. In support of this Motion, the undersigned states the following:

1. The detention and preliminary hearings are currently scheduled for July 7, 2026, at 1:00 p.m. in Greenville, North Carolina, before Magistrate Judge Brian S. Meyers.

2. Mr. Carnes is presently in primary state custody with no bond on related charges.

3. The undersigned needs additional time to discuss the detention and preliminary hearings and explore competency-related issues with Mr. Carnes, but is out of the state, returning to the office on July 7, 2026, thus is unable to do so prior to the scheduled hearings.

4. Accordingly, the undersigned requests a continuance of no less than 14 days to meet with Mr. Carnes, discuss the legal process with him, and determine how to proceed. A lengthier continuance is necessary in order to coordinate with the state defense lawyer should competency be an issue.

5. Assistant United States Attorney Logan Liles has advised that he does not object to the requested continuance.

1

6. Based on the foregoing, counsel for Mr. Carnes respectfully requests that the Court continue this matter until July 21, 2026, or a later date deemed appropriate by the Court.

7. This motion is made in good faith and not for purposes of delay. Neither the government nor the Defendant would be prejudiced by or the continuance sought herein.

8. The ends of justice served by this motion outweigh the interests of the public and Mr. Carnes in a speedy trial. The period of delay resulting from granting this continuance should therefore be excluded from the calculation of speedy trial time pursuant to 18 U.S.C. § 3161(h)(7)(A).

WHEREFORE, the Defendant respectfully requests that the detention and preliminary hearings be continued to a date no sooner than July 21, 2025.

Respectfully requested this 1st day of July, 2026.

G. ALAN DUBOIS
Federal Public Defender

*/s/ Halerie M. Costello*
HALERIE M. COSTELLO
Assistant Federal Public Defender
Attorney for Defendant
Office of the Federal Public Defender
150 Fayetteville Street, Suite 450
Raleigh, North Carolina 27601
Telephone: 919-856-4236
Fax: 919-856-4477
E-mail: halerie_costello@fd.org
N.C. State Bar No. 43030
LR 57.1 Counsel Appointed

2

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a copy of the foregoing was served upon:

LOGAN LILES
Assistant United States Attorney
150 Fayetteville Street, Suite 2100
Raleigh, NC 27601

by electronically filing the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the above.

This the 1st day of July, 2026.

<div style="margin-left:40%">

*/s/ Halerie M. Costello*
HALERIE M. COSTELLO
Assistant Federal Public Defender
Attorney for Defendant
Office of the Federal Public Defender
150 Fayetteville Street, Suite 450
Raleigh, North Carolina 27601
Telephone: 919-856-4236
Fax: 919-856-4477
E-mail: halerie_costello@fd.org
N.C. State Bar No. 43030
LR 57.1 Counsel Appointed

</div>

3