IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

UNITED STATES OF AMERICA    )
    )
v.    )    CRIMINAL NO. 5:26-mj-01912-BM
    )
    )
CHRISTOPHER K. CARNES    )

APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned Assistant United States Attorney hereby applies to the captioned court for the issuance of a writ of habeas corpus (X) ad prosequendum  ( ) ad testificandum ( ) in re motion pursuant to 28 U.S.C. § 2255 and avers:

1. Name of detainee: **Christopher K. Carnes**

2. Detained by: **Wake County Detention Center, 3301 Hammond Street, Raleigh, NC 27603, Phone # 919.773.7930, Fax# 919.255.7263**

3. Detainee is charged in this district by Complaint with violating Title 18 U.S.C. § 871(a).

4. Appearance is necessary on  7/21/2026 at 10:00 am  in  Judge Numbers' Courtroom, Raleigh, NC for detention hearing.


/s/ Logan W. Liles
Assistant United States Attorney


WRIT OF HABEAS CORPUS

(**X**) Ad Prosequendum    ( ) Ad Testificandum    ( ) In Re Motion to Vacate

The instant application is granted and the above-named custodian, as well as the United States Marshal for this district, his deputies, and other United States Marshals and their deputies, or the arresting agent is hereby directed to produce the named detainee, in civilian clothes, on the date, at the time, and in the place recited above, and thereafter to maintain the said detainee within the jurisdiction of this Court pending the satisfaction of this writ or the further orders of the Court.

Date: ____7/9____, 2026

United States Magistrate Judge